UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RYAN JONES, :
    Plaintiff :
:
v. : CIVIL NO. 1:15-cv-1163
:
LUZERNE COUNTY :
CORRECTIONAL FACILITY, :
    Defendant.

*O R D E R*

AND NOW, this 24th day of August, 2015, upon consideration of the report and recommendation of the magistrate judge (Doc. 6), filed June 29, 2015, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report (Doc. 6) is adopted.

    2. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is granted.

    2. Plaintiff's complaint (Doc. 1) is dismissed without prejudice for failure to state a claim.

    3. Plaintiff may file an amended complaint within 30 days of the date of this order, or by September 23, 2015.

    4. The above-captioned matter is remanded to the magistrate judge for further proceedings, including a report and recommendation on any dispositive motions that may be filed.

                                        /s/ William W. Caldwell
                                        William W. Caldwell
                                        United States District Judge