UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RYAN JONES, :
       Plaintiff :
        :
    v. : CIVIL NO. 1:15-CV-1163
        :
LUZERNE COUNTY :
CORRECTIONAL FACILITY, :
       Defendant :

*O R D E R*

AND NOW, this 27th day of June, 2016, upon consideration of the report and recommendation of Magistrate Judge Schwab (Doc. 19) filed on June 2, 2016, to which no objections were filed, and upon independent review of the record, it is ORDERED that:

    1. Magistrate Judge Schwab's report and recommendation (Doc. 19) is ADOPTED.

    2. Plaintiff's complaint is DISMISSED WITH PREJUDICE.

    3. The clerk shall close the file.

                                            /s/William W. Caldwell
                                            William W. Caldwell
                                            United States District Judge